UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

AKEELAH JANEL BLENMAN,

                Plaintiff,

      -v-

KEEN TRANSPORT, INC. et al.,

             Defendants.

-------------------------------------------------------------------X

25-cv-6539 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/07/2026

LEWIS J. LIMAN, United States District Judge:

Plaintiff has leave to make a motion to re-open expert discovery solely limited to an expert on Plaintiff's alleged back injury by no later than Tuesday, May 12, 2026. Defendants shall submit any opposition thereto by end of day Monday, May 18, 2026. All other dates remain as set.

SO ORDERED.

Dated: May 7, 2026
     New York, New York

_____
LEWIS J. LIMAN
United States District Judge