UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                :

AKEELAH JANEL BLENMAN,                  :

                 Plaintiff,         :

                                :          25-cv-6539 (LJL)

      -v-                     :

                                :           ORDER

KEEN TRANSPORT, INC., et al.,       :

                                :

          Defendants.       :

                                :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On May 21, 2026, counsel for Defendant submitted a letter to the Court advising that "this matter resolved," and that they would "file [a] stipulation of dismissal upon receipt" of closing papers from Plaintiff's counsel. Dkt. No. 26. The parties are instructed to submit a joint letter to the Court by 5 p.m. on Wednesday, July 1, indicating the status of the settlement. Pending further order of the Court, the pretrial conference set for July 8, and the trial date set for July 13, remain as scheduled.

     SO ORDERED.

Dated: June 29, 2026
       New York, New York
                                     LEWIS J. LIMAN
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/29/2026